```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VANESSA JIMENEZ, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

SENIOR EXCHANGE, INC.,

    Defendant.

STIPULATION AND ORDER OF VOLUNTARY DISMISSAL AND RESERVATION OF RIGHT TO FILE POST-DISMISSAL MOTION

Civil Action No. 1:23-cv-00323

Hon. Andrew L. Carter, Jr.

---

**IT IS HEREBY STIPULATED** and agreed to by Vanessa Jimenez ("Plaintiff") and Senior Exchange, Inc. ("Defendant"), through their respective counsel, that (1) Plaintiff's claims in the above-captioned action are voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41; (2) Defendant reserves the right to file a post-dismissal motion for reasonable attorneys' fees and costs pursuant to Fed. R. Civ. P. 54(d)(2) and 42 U.S.C. § 12205, and as sanctions against Plaintiff's counsel pursuant to 28 U.S.C. § 1927 and the Court's inherent power; (3) Defendant shall file any post-dismissal motion on or before December 29, 2023; and (4) the Court shall retain jurisdiction over the action solely with respect to the above-described post-dismissal motion.

DATED: November 21, 2023

**BARCLAY DAMON LLP**

By: _____
Robert J. Thorpe
Ross M. Greenky
*Attorneys for Defendant*
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
(315) 413-7231
rthorpe@barclaydamon.com

DATED: November 21, 2023

**MIZRAHI KROUB LLP**

By: _____
Edward Y. Kroub
Patrick William Gallagher
*Attorneys for Plaintiff*
225 Broadway 39th Floor
New York, New York 10007
(212) 595-6200
ekroub@mizrahikroub.com

27309536.1

IT IS SO ORDERED:

Dated: November ____, 2023

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: December 11, 2023

27309536.1